UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 0 2 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. _____ |
| v. | ) |
| | ) Judge Morton Denlow |
| ISMAIL HOT | ) |
| | ) **08CR 0100** |
| | ) |
| | ) |

## AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before Morton Denlow, a United States Magistrate Judge, and being duly sworn on oath, states: that in the Eastern District of Washington, ISMAIL HOT, was charged in an indictment with mail fraud in violation of 18 U.S.C. § 1341 and § 1342, and conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Nelson Andrekovic
Special Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
2nd day of February, 2008.

_____
MORTON DENLOW
United States Magistrate Judge

AUSA STEVEN A. BLOCK
(312) 886-7647

Bond set [or recommended] by issuing Court at _____

RETURN TO CLERK USDC
P.O. BOX 1493
SPOKANE, WA 99210

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

Plaintiff(s)

v.

ISMAIL HOT

Defendant(s)

**WARRANT FOR ARREST**

Case Number: CR-08-10-EFS-3

To:   The United States Marshal and any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest ISMAIL HOT

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) indictment charging him or her with violation of:

18 USC 1341 and 2 MAIL FRAUD
18 USC 1349 CONSPIRACY TO COMMIT MAIL FRAUD


JAMES R. LARSEN

by /s/ Renee Bassanti
Deputy Clerk

CLERK, U.S. DISTRICT COURT

January 23, 2008     at Spokane, WA

BAIL FIXED AT AUSA seeks Detention
BY HONORABLE MAGISTRATE JUDGE CYNTHIA IMBROGNO

### RETURN ON WARRANT

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO-442 - WARRANT FOR ARREST