# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 100 - 1 | **DATE** | 2/2/2008 |
| **CASE TITLE** | USA vs. Ismail Hot | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 2/1/08. Defendant informed of rights. Enter order appointing James A. Graham to represent defendant. Defendant to remain in custody pending detention hearing set for 2/6/08 at 2:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DK |
|---|---|---|