

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 100 - 1 | **DATE** | 2/6/2008 |
| **CASE TITLE** | USA vs. Ismail Hot | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives his right to an identity hearing. Defendant ordered removed to the Eastern District of Washington, Spokane, for further proceedings

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | DK |
|---|---|---|