IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 100 |
| vs. | ) |
| | ) Magistrate Judge Morton Denlow, |
| ISMAIL HOT, | ) presiding |
| | ) |
| Defendant. | ) |

**MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO PAY FOR TRANSPORTATION TO AND FROM
THE EASTERN DISTRICT OF WASHINGTON**

NOW COMES, ISMAIL HOT, by and through his attorney, JAMES A. GRAHAM, and moves this Court to enter an order directing the United States Marshal's Office to provide transportation to and from the Eastern District of Washington and in support states as follows;

1. That the defendant, ISMAIL HOT was charged with other defendants in the case of United States vs. Ismail Hot, 0752 1: 08 CR 100-001, a case out of the Eastern District of Washington;

2. That the defendant, ISMAIL HOT was charged with mail fraud and conspiracy to commit mail;

3. That the defendant, ISMAIL HOT sought and this Court appointed undersigned counsel as a direct result of the Defendant's financial circumstances;

4. That the defendant, ISMAIL HOT resides in Chicago, Illinois;

5. That Title 18, United States Code, § 4285 provides for this Court to direct the United States Marshal's Office to provide transportation to and from the Northern District of Illinois.  That § 4285 reads in pertinent part:

Persons released pending further judicial proceedings:

Any judge or magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required. . .

6. That there is a status and initial appearance on the case in the Eastern District of Washington set for   February 19, 2008, at 3:00 p.m. The Judge and Courtroom have not yet been determined;

7. Pursuant to the discussion in open court, undersigned counsel has provided this court with an unopposed order attached to this motion.

WHEREFORE the defendant, ISMAIL HOT respectfully requests that this Court enter an order directing the United State's Marshal's Office provide transportation to and from Chicago to Seattle, Washington whenever Defendant's presence is required by the Court.

                      Respectfully submitted,


                      *James A. Graham*_____
                      James A. Graham attorney for
                      ISMAIL HOT


James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com

CERTIFICATE OF SERVICE

    I, James A. Graham, an attorney, certify that I shall cause to be served a copy of Defendant's "**MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO PAY FOR TRANSPORTATION TO AND FROM THE EASTERN DISTRICT OF WASHINGTON**" upon the following individual(s) electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 8th day of February, 2008.

TO:  Steven Block
      Asst. United States Attorney
      219 S. Dearborn St.
      5th Floor, North
      Chicago, Illinois 60604


                        *James A. Graham*_____
                        James A. Graham attorney for
                        ISMAIL HOT



James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: `jagraham.law@mac.com`

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 100 |
| vs. | ) |
| | ) Magistrate Judge Morton Denlow, |
| ISMAIL HOT, | ) presiding |
| | ) |
| Defendant. | ) |

## UNOPPOSED ORDER

This matter coming on to be heard on Defendant's motion to have the court direct the United States Marshal's Office to provide transportation to and from the Eastern District of Washington from Chicago, Illinois.

IT IS HEREBY ORDERED:

(1) that Defendant ISMAIL HOT is set to be arraigned before Federal Court in the Eastern District of Washington on February 19, 2008 at 3:00 p.m.;

(2) that the Marshal's Office is ordered to provide transportation to Defendant ISMAIL HOT to and from the Eastern District of Washington from Chicago, Illinois to allow Defendant ISMAIL HOT to appear in court on February 19, 2008 at 3:00 p.m.;

(3) that Defendant is represented by Attorney James A. Graham, 53 W. Jackson Blvd., Ste 703, Chicago, Illinois 60604, phone number (312) 922-3777 and facsimile number (312) 663-5386 who can coordinate any flight information through the Marshal's Office.

It is so ordered:

_____
United States District Judge
Morton Denlow