# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 100 - 1 | **DATE** | 2/8/2008 |
| **CASE TITLE** |  | USA vs. Ismail Hot | |

**DOCKET ENTRY TEXT**

Motion for order directing the United States Marshal to pay for transportation to and from the Eastern District of Washington [7] is granted. Enter Unopposed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

3cc's to USM

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|