

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 100 |
| vs. | ) |
| | ) Magistrate Judge Morton Denlow, |
| ISMAIL HOT, | ) presiding |
| | ) |
| Defendant. | ) |

### UNOPPOSED ORDER

This matter coming on to be heard on Defendant's motion to have the court direct the United States Marshal's Office to provide transportation to and from the Eastern District of Washington from Chicago, Illinois.

IT IS HEREBY ORDERED:

(1) that Defendant ISMAIL HOT is set to be arraigned before Federal Court in the Eastern District of Washington on February 19, 2008 at 3:00 p.m.;

(2) that the Marshal's Office is ordered to provide transportation to Defendant ISMAIL HOT to and from the Eastern District of Washington from Chicago, Illinois to allow Defendant ISMAIL HOT to appear in court on February 19, 2008 at 3:00 p.m.;

(3) that Defendant is represented by Attorney James A. Graham, 53 W. Jackson Blvd., Ste 703, Chicago, Illinois 60604, phone number (312) 922-3777 and facsimile number (312) 663-5386 who can coordinate any flight information through the Marshal's Office.

It is so ordered:

_____
United States District Judge
Morton Denlow

February 8, 2008