HHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. James R. Larsen, Clerk
   United States District Court
   Thomas S. Foley United States
   Courthouse, Suite 840
   920 West Riverside Avenue
   Spokane, WA 99201-1010

   08cr100-1

2. Article Number
   (Transfer from service label)   7007 0710 0003 4410 4343

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  S. Bliss       ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. BLISS

D. Is delivery address different from item 17?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   [RIVERSIDE STA. postmark]

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**FILED**
2-20-2008
FEB 2 0 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT